UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Robert N. Pearce                :         Case #: 05-58178
       Andrea N. Pearce

                                        :         Chapter 13

                                        :         Judge Hoffman

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: September 27, 2010                         /s/ Frank M. Pees
                                                                Frank M. Pees
                                                                Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Charming Shoppes – Fashion Bug<br>First Express<br>P.O. Box 856021<br>Louisville, KY 40285 | $25.84 |